**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1477**

_____

EYVONNE ARTIS,

          Plaintiff - Appellant,

   v.

U.S. FOODS SERVICE,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, District Judge. (1:13-cv-02870-JKB)

_____

Submitted: November 30, 2015      Decided: February 9, 2016

_____

Before GREGORY, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Eyvonne Artis, Appellant Pro Se. Christine Mary Costantino, Karla Grossenbacher, SEYFARTH SHAW, LLP, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eyvonne Artis appeals the district court's order granting summary judgment to U.S. Foods Service on her claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Artis v. U.S. Foods Serv., No. 1:13-cv-02870-JKB (D. Md. Apr. 3, 2015). We deny Artis' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court, and argument would not aid the decisional process.

AFFIRMED